UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HAROLD CHAPMAN, JR. a/k/a HAROLD ASKINS, | CIVIL ACTION–LAW |
| Plaintiff | |
| V. | JURY TRIAL DEMANDED |
| MARLIN FREEMAN, ELAINE COFFMAN, ERIKA FOOSE, WILLIAM TED WILLIAMS, | No. 3:12-cv-2323 Judge Munley |
| Defendants. | Magistrate Judge Carlson |

CERTIFICATE OF MERIT AS
TO DEFENDANT ERIKA FOOSE

I, Barry H. Dyller, Esq., certify that an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the defendant Erika Foose in the treatment, practice or work that is the subject of the Amended Complaint, fell outside acceptable

professional standards and that such conduct was a cause in bringing about the harm.

>DYLLER LAW FIRM
>
>s/ Barry H. Dyller
>
>PA Bar: 65084
>Gettysburg House
>88 North Franklin Street
>Wilkes-Barre, PA  18701
>(570) 829-4860
>
>Attorneys for Plaintiff