UNITEDS STATES DISTRICT COURT
For the
Middle District of Pennsylvania

FILED
SCRANTON

MAR 1 2013

PER _____
DEPUTY CLERK

DAVID HAROLD CHAPMAN
a/k/a HAROLD ASKINS

v.

MARLIN FREEMAN, ELAINE COFFMAN,
ERIKA FOOSE and TED WILLIAMS
        Defendants

Civil Action No. 3:12-2323

## MARLIN FREEMAN'S PROPOSAL ORDER FOR PRO BONO COUNCIL

AND NOW comes the defendant, Marlin Freeman, pro se, and files this motion for pro bono council in the above case.

1. The Commonwealth of Pennsylvania is not providing defendant, Marlin Freeman, with counsel and I am not represented by counsel and that is why I am requesting such.

2. I am not an attorney and I have no legal experience for such legal matters.

3. This case is complicated and I am not able to represent myself and or to answer the complaint without legal assistance.

4. I have exhausted my money and resources and have no other means at this time to pay for services of counsel.

5. I ask that the court enter an order for an appointed pro bono counsel for me.

WHEREFORE, for the foregoing reasons the defendant respectfully requests that Your Honor issue an order permitting the defendant's requested Motion for counsel.

        Respectfully submitted,

        *[signature]*
        Marlin Freeman, Pro Se

UNITEDS STATES DISTRICT COURT
For the
Middle District of Pennsylvania

| | | |
|---|---|---|
| DAVID HAROLD CHAPMAN<br>a/k/a HAROLD ASKINS<br><br>v.<br><br>MARLIN FREEMAN, ELAINE COFFMAN,<br>ERIKA FOOSE and TED WILLIAMS<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 3:12-2323 |

**ORDER**

AND NOW, this_____day of _____, 2013 upon consideration of the Defendant's Motion for Pro Bono Counsel, said motion is hereby GRANTED.

BY THE COURT:

_____
J.

Marlin Freeman
92 Beulah Street
P.O. Box 11
Ramey, PA 16671

JOHNSTOWN PA 159
27 FEB 2013 PM 2 L

RECEIVED
SCRANTON
MAR 01 2013
_____
DEPUTY CLERK

US District Court for the Middle District
of Pennsylvania
Mary D'Andrea, Clerk of Courts
P.O. Box 1148
Scranton, PA 18501

18501+1148